ISIDOR HELLER, Appellant, *v.* HENRIETTA HELLER, Respondent.

Argued January 13, 1941; decided February 27, 1941.

*Frederick E. Klein, Herman Silver* and *Arthur Stoll* for appellant.

*Benjamin Bag* and *Joseph Halpern* for respondent.

Judgment affirmed, with costs. Without deciding whether the plaintiff is estopped from prosecuting the action for annulment, we hold that the validity of the decree of divorce granted in the State of Nevada will be recognized in this State under the rule of comity. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.